UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LEXMARK INTERNATIONAL, INC.,

      Plaintiff,                                                     Case Action No.: 1:10cv564

      v.                                                             Judge Michael R. Barrett

INK TECHNOLOGIES PRINTER SUPPLIES, LLC, et al,

      Defendant.

## ORDER

This matter is before the Court pursuant to Plaintiff Lexmark International, Inc.'s and the Defendant Nectron International, Inc.'s Joint Motion For Extension Of Time To Respond To Complaint for Patent Infringement (Doc. 30).  For good cause shown, the motion is hereby GRANTED.  Defendant Nectron International, Inc. has up to and including December 31, 2010 to file a responsive pleading to the Complaint for Patent Infringement filed by Lexmark International, Inc.

      **IT IS SO ORDERED**.

                                                              *s/Michael R. Barrett*
                                                              United States District Judge