UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| LEXMARK INTERNATIONAL, INC.<br><br>    Plaintiff,<br><br>        v.<br><br>INK TECHNOLOGIES PRINTER SUPPLIES, LLC, ET AL.<br><br>    Defendants. | Civil Action No.<br>1:10-CV-564-MRB |

**JOINT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT FOR PATENT INFRINGEMENT**

    Come the Plaintiff, Lexmark International, Inc. and the Defendant, Ink Technologies Printer Supplies, LLC (d/b/a Ink Technologies LLC), by their respective counsel, and hereby jointly move the Court to enter the attached Order granting an extension of time of 120 days, up to and including February 11, 2011, to file a responsive pleading to the Complaint for Patent Infringement filed by Lexmark International, Inc.

Dated: October 18, 2010

Respectfully submitted,

/s/Steven B. Loy
P. Douglas Barr (Ohio Bar No. 20868)
Steven B. Loy
Anthony J. Phelps
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
Telephone: (859) 231-3000
Facsimile: (859) 253-1093

William J. Hunter, Jr.
STOLL KEENON OGDEN PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
Telephone:  (502) 333-6000
Facsimile:  (502) 333-6099

Timothy C. Meece
V. Bryan Medlock
Matthew P. Becker
Jason S. Shull
Neil C. Trueman
BANNER & WITCOFF LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000

Attorneys for Plaintiff,
Lexmark International, Inc.

/s/David A. Shough (w/permission by SBL)
David A. Shough
Law Office of David A. Shough
853 Dayton Oxford Rd.
Carlisle, OH 45005-3412
Telephone:  (937) 242-7325
Facsimile:  (937) 242-6274

Attorney for Ink Technologies Printer
Supplies, LLC (d/b/a Ink Technologies LLC)

## **CERTIFICATE OF SERVICE**

This is to confirm that a copy of the foregoing Joint Motion for Extension of Time to Respond to Complaint for Patent Infringement was electronically filed on October 18, 2010. A true and accurate copy of the foregoing will be delivered via U.S. Mail, postage prepaid, upon the following:

Mario G. Ceste
Law Offices of Mario G. Ceste LLC
P.O. Box 82
Wallingford, CT 06492
*Counsel for Nectron International, Inc.*

Gary M. Hnath
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
*Counsel for Ninestar Image Co. Ltd., Ninestar Image International, Ltd.,*
*Seine Image International Co. Ltd., Ninestar Technology Company, Ltd.,*
*Ziprint Image Corporation and Nano Pacific Corporation*

Richard L. Stroup
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
*Counsel for Copy Technologies, Inc., Jahwa Electronics Co., Ltd.,*
*Huizhou Jahwa Electronics Co., Ltd., Laser Toner Technology, Inc.*
*and C&R Services, Incorporated*

E-TONER MART, INC.
Gang Guo, Registered Agent
17854 Gallineta St.
Rowland Heights, CA 91748

ALPHA IMAGE TECH
Sharon Le, Registered Agent
2826 Fuller Road
Rowland Heights, CA 91748

VIRTUAL IMAGING PRODUCTS INC.
CSC - Lawyers Incorporating Service, Registered Agent
2730 Gateway Oaks Drive, Ste. 100
Sacramento, CA 95833

IJSS Inc. (d/b/a TonerZone.com Inc. and Inkjet Superstore)
Selwyn Gerber, Registered Agent
1880 Century Park East #200
Los Angeles, CA 90067

CHUNG PAL SHIN (d/b/a Ink Master)
Chung Pal Shin
3110 Cochise Way #103
Fullerton CA 92833
QUALITY CARTRIDGES, INC.
Michael Brecher, President
1675 48th Street
Brooklyn, NY 11204

INK TECHNOLOGIES PRINTER SUPPLIES, LLC
(d/b/a Ink Technologies LLC)
John Michael Davis, Registered Agent
1463 Westwicke Place
Centerville, OH 45459

DIRECT BILLING INTERNATIONAL, INC.
(d/b/a Office Supply Outfitter and d/b/a The Ribbon Connection)
Michael Gardner, Registered Agent
5910 Sea Lion Place #100
Carlsbad, CA 92010

ACM TECHNOLOGIES, INC.
Stan Shue Lin, Registered Agent
2535 Research Drive
Corona, CA 91720

ACECOM INC. - SAN ANTONIO (d/b/a Inksell.com)
Woo Hyeon Cheong, Registered Agent
435 Isom Road, Suite 202
San Antonio, TX 78216

/s/Steven B. Loy
Attorney for Lexmark International, Inc.