EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CASE NO. 1:10-cv-00564-MRB

LEXMARK INTERNATIONAL, INC.
Plaintiff

v.

INK TECHNOLOGIES PRINTER SUPPLIES, LLC
*et al*
Defendants

## STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND DISMISSAL WITH PREJUDICE

This matter is before the Court on the stipulated motion of Plaintiff, Lexmark

International, Inc. ("Lexmark") and Defendants Alpha Image International Inc. and E-

Toner Mart, Inc, (hereinafter referred to collectively as "ALPHA IMAGE") both

corporations incorporated under the laws of California and having principal places of

business at 1718 Potrero Avenue Suite #A, South El Monte, California 91733, for entry

of a Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice,

as the Parties have agreed to a compromise and settlement of this action.

**IT IS HEREBY FOUND, ORDERED, ADJUDGED WITH CONSENT OF**
**THE PARTIES** that:

1.     ALPHA IMAGE, its parent, divisions, subsidiaries affiliates,

successors and assigns and its directors, officers, and employees, or any of them are,

or have been, in the business, among other things, of selling remanufactured and

compatible toner cartridges in the United States and in foreign countries for use in

EXHIBIT 1

Lexmark laser printers, including E120; E230/232/234/238/240; E320/322; and/or E321/323 laser printers (the "Accused Cartridges");

    2.    Lexmark owns and has standing to sue for infringement of United States Patent Nos. 5,337,032; 5,634,169; 5,758,231; 5,758,233; 5,768,661; 5,802,432; 5,875,378; 5,995,772; 6,009,291; 6,078,771; 6,397,015; 6,459,876; 6,487,383; 6,496,662; 6,678,489; 6,816,692; 6,871,031; 6,879,792; 7,139,510; 7,233,760; and 7,305,204 (the "Lexmark Patents");

    3.    The Lexmark Patents are valid and enforceable against ALPHA IMAGE in the United States.

    4.    Lexmark manufactures and sells toner cartridges for its printer lines, which include T420; T520/522; T610/612/614/616; T620/622; T630/632/634; T640/642/644; E120; E220; E230/232/234/238/240; E320/322; E321/323; and E250/350/352/450 laser printers ("Lexmark Toner Cartridges").

    5.    The following table identifies the patent claims of the Lexmark Patents that are satisfied literally by the Lexmark Toner Cartridges:

| Patent | Lexmark Toner Cartridges | | | | | |
|---|---|---|---|---|---|---|
| | E120 | E23X/E24X/ E33X/E34X | E25X/ E35X/E45X | T52X/T61X/ T62X/T63X/T64X | E320/22 | E220 and E321/23 |
| 5,337,032 | | | | 1,5,6 | | |
| 5,634,169 | | | | 1-3,32-34, 36, 42 | 32,36,42 | 32,36,42 |
| 5,758,231 | | 1-16 | 1-16 | | 1-16 | 1-16 |
| 5,758,233 | | | | 1-4 | | |
| 5,768,661 | | | | 1,2,3,6 | | |
| 5,802,432 | | | | 1-3, 7-9 | | |
| 5,875,378 | | | | 1-3,12-14,24 | | |
| 5,995,772 | | | | 1-3,5,7-9, 12,14-18,20,21 | 14,15,22, 32-34 | 14,15,22, 32-34 |
| 6,009,291 | 1-2 | 1-2 | 1-2 | 1-2 | | |
| 6,078,771 | 1,5,6,10, 12,13,15 | 1,5,6,10, 12,13,15 | 1,5,6,10, 12,13,15 | 1,2,5,6,10, 12,13,15 | | |

EXHIBIT 1

| Patent | Lexmark Toner Cartridges | | | | | |
|---|---|---|---|---|---|---|
| | E120 | E23X/E24X/ E33X/E34X | E25X/ E35X/E45X | T52X/T61X/ T62X/T63X/T64X | E320/22 | E220 and E321/23 |
| 6,397,015 | | | | 1-4,7-12, 14-19,22-24 | 1,2,4, 9,17,19 | 1,2,4, 9,17,19 |
| 6,459,876 | | | | 1-28 | | |
| 6,487,383 | 1,2,6, 10,15,19 | 1,2,6, 10,15,19 | 1,2,6, 10,15,19 | 1,2,6,10, 11,15,19 | 19 | 19 |
| 6,496,662 | | 1,3,5,7 | 1,3,5,7 | | | |
| 6,678,489 | | 5-6 | 5-6 | | | |
| 6,816,692 | 1-13 | 1-13 | 1-13 | | | |
| 6,871,031 | | 1-6,8-12 | 1-6,8-12 | | | |
| 6,879,792 | | 1-11 | 1-11 | | | |
| 7,139,510 | | 1-10 | 1-10 | | | |
| 7,233,760 | 11,12,14 | 11,12,14 | 11,12,14 | | | |
| 7,305,204 | | 1-20 | 1-8,10-13 | | | |

6.    The use, remanufacture, offer to sell or sale in the United States by anyone other than Lexmark or a licensee of Lexmark of any remanufactured Lexmark Toner Cartridges that were originally sold outside the United States constitutes an infringement of some or all of the above-identified claims in the Lexmark Patents, except to the extent that Lexmark has exhausted its rights in such patents.

7.    Lexmark alleges that ALPHA IMAGE's importation into and sale in the United States of compatible and/or remanufactured or refilled E120, E220/E321/E323; E230/232/234/238/240 and E320/322 toner cartridges first sold outside of the United States infringe at least the claims of the patents set forth in the table below, except to the extent that Lexmark has exhausted its rights in such patents:

| | ALPHA IMAGE Toner Cartridges |
|---|---|
| | |

EXHIBIT 1

| | E120 | E23x/E24x/ E33x/E34x | F320/322 | E220 and E321/E323 |
|---|---|---|---|---|
| 5,634,169 | | | 32, 36, 42 | 32, 36, 42 |
| 5,758,231 | | 1-16 | 1-16 | 1-16 |
| 5,995,772 | | | 14, 15, 22, 32 | 14, 15, 22, 32 |
| 6,078,771 | 1, 5, 6, 10, 12, 13, 15 | 1, 5, 6, 10, 12, 13, 15 | | |
| 6,397,015 | | | 1, 2, 4, 9, 17, 19 | 1, 2, 4, 9, 17, 19 |
| 6,487,383 | | 1, 2, 6, 10, 11, 15, 19 | | 19 |
| 6,678,489 | | 5, 6 | | |
| 6,816,692 | 1-3, 5, 7, 8, 10, 13 | 1-13 | | |
| 6,871,031 | | 1-6, 8-12 | | |
| 6,879,792 | | 1-11 | | |
| 7,139,510 | | 1-10 | | |
| 7,233,760 | 11, 12, 14 | 11, 12, 14 | | |
| 7,305,204 | | 1-20 | | |

8.    ALPHA IMAGE is entering into this Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice solely for the purpose of resolving the present litigation; and nothing herein shall be construed as an admission by ALPHA IMAGE that it infringed or otherwise violated any of Lexmark's rights in the Lexmark Patents or as a decision by this Court that ALPHA IMAGE has infringed or otherwise violated any of Lexmark's rights in the Lexmark Patents.

9.    This Court permanently enjoins ALPHA IMAGE and those persons or companies in active concert or participation with ALPHA IMAGE who receive actual notice of the order by personal service or otherwise from making, using, selling, offering for sale in or importing into the United States Accused Cartridges that infringe any of the above-identified patent claims.

10.    Nothing herein limits or shall be construed to limit in any way ALPHA IMAGE's activities with respect to toner cartridges in which Lexmark's

EXHIBIT 1

patent rights have been exhausted. Further, nothing herein limits or shall be construed to limit in any way ALPHA IMAGE's activities with respect to any Lexmark Patents that have expired, lapsed, are no longer enforceable, or have found to be invalid by a court of competent jurisdiction. Finally, nothing herein limits or shall be construed to limit in any way ALPHA IMAGE's activities outside the United States.

11.     Contingent upon this Court's entry of this Order, ALPHA IMAGE consents to personal jurisdiction by this Court, consents to venue in this District, and waives services of process for this action.

12.     This Court retains jurisdiction over Lexmark and ALPHA IMAGE to the extent necessary to enforce the terms of this Stipulated Permanent Injunction, Consent Judgment, and Dismissal With Prejudice.

13.     This Stipulated Permanent Injunction, Consent Judgment, and Dismissal With Prejudice shall be binding upon and shall inure to the benefit of Lexmark and ALPHA IMAGE as well as each of their respective subsidiaries, corporate parents, affiliates, and/or successors and assigns.

14.     All claims between Lexmark and ALPHA IMAGE are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**LEXMARK INTERNATIONAL, INC.**

_____

**ALPHA IMAGE INTERNATIONAL**

INC.

EXHIBIT  1

_____

**E-TONER MART INC.**

_____

Dated: <u>January 11, 2011</u>   By: <u>s/Michael R. Barrett</u>
                                 United States District Court Judge

HAVE SEEN AND AGREED TO ON JANUARY  10 , 2011;
TO BE ENTERED:

By:     /s/Steven B. Loy
        P. Douglas Barr (Ohio Bar No. 20868)
        Steven B. Loy
        Anthony J. Phelps
        STOLL KEENON OGDEN PLLC
        300 West Vine Street, Suite 2100
        Lexington, KY 40507
        Telephone: (859) 231-3000
        Facsimile: (859) 253-1093

        William J. Hunter, Jr.
        STOLL KEENON OGDEN PLLC
        2000 PNC Plaza
        500 West Jefferson Street
        Louisville, KY 40202
        Telephone:  (502) 333-6000
        Facsimile:  (502) 333-6099

        Timothy C. Meece
        V. Bryan Medlock
        Matthew P. Becker
        Jason S. Shull
        Neil C. Trueman
        BANNER & WITCOFF LTD.
        10 South Wacker Drive, Suite 3000
        Chicago, Illinois 60606
        Telephone: (312) 463-5000
        *Attorneys for Plaintiff,*
        *Lexmark International, Inc.*

By:     /s/Edgardo M. Lopez (w/permission by SBL)
        Edgardo M. Lopez
        Law Offices of Edgardo M. Lopez
        3600 Wilshire Blvd., Suit 1716
        Los Angeles, CA 90010
        *Attorney for E-Toner Mart, Inc. and*
        *Alpha Image Tech*