UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CASE NO. 1:10-cv-00564-MRB

LEXMARK INTERNATIONAL, INC.
Plaintiff

v.

INK TECHNOLOGIES PRINTER SUPPLIES, LLC
*et al*
Defendants

**STIPULATED PERMANENT INJUNCTION, CONSENT JUDGMENT, AND
DISMISSAL WITH PREJUDICE**

This matter is before the Court on the stipulated motion of Plaintiff, Lexmark International, Inc. ("Lexmark") and Defendant IJSS Inc. (d/b/a TonerZone.com Inc. and Inkjet Superstore) (hereinafter "IJSS") for entry of Stipulated Permanent Injunction, Consent Judgment and Dismissal With Prejudice, having agreed to a compromise and settlement of this action.

**IT IS HEREBY FOUND, ORDERED, ADJUDGED WITH CONSENT OF THE PARTIES** that:

1.     IJSS, is, or has been, in the business, among other things, of selling remanufactured and compatible toner cartridges in the United States and in foreign countries for use in Lexmark laser printers, including in the business, among other things, of manufacturing, remanufacturing, and/or refilling toner cartridges for use in Lexmark laser printers, including E120; E220; E230/232/234/238/240; E320/322; E321/323; E330/332; E340/342; and E250/350/352/450 laser printers (the "Accused Cartridges");

2.      Lexmark owns and has standing to sue for infringement of United States Patent Nos. 5,337,032; 5,634,169; 5,758,231; 5,758,233; 5,768,661; 5,802,432; 5,875,378; 5,995,772; 6,009,291; 6,078,771; 6,397,015; 6,459,876; 6,487,383; 6,496,662; 6,678,489; 6,816,692; 6,871,031; 6,879,792; 7,139,510; 7,233,760; and 7,305,204 (the "Lexmark Patents");

3.      IJSS agrees not to contest the validity and enforceability of the Lexmark Patents.

4.      IJSS's importation and/or sale in the United States of (i) compatible cartridges suitable for use in E120; E220; E230/232/234/238/240; E320/322; E321/323; E330/332; E340/342; and E250/350/352/450 laser printers has been alleged by Lexmark to infringe at least the claims of the patents set forth in the table below; and (ii) remanufactured and/or refilled E120; E220; E230/232/234/238/240; E320/322; E321/323; E330/332; E340/342; and E250/350/352/450 laser printers toner cartridges first sold outside of the United States infringe at least the claims of the patents set forth in the table below.  IJSS has denied that it infringes any valid and enforceable claim of the Patents-in-Suit.

| Patents-in-Suit | IJSS Toner Cartridges | | | | |
|---|---|---|---|---|---|
| | E120 | E23x/E24x/E33x/E34x | E25x/E35x/E45x | E320/E322 | E220 and E321/E323 |
| 5,634,169 | | | | 32,36,42 | 32,36,42 |
| 5,758,231 | | 1-16 | 1-16 | 1-16 | 1-16 |
| 5,995,772 | | | | 14,15,22,32 | 14,15,22,32 |
| 6,078,771 | 1,5,6,10,12,13,15 | 1,5,6,10,12,13,15 | 1,5,6,10,12,13,15 | 1,2,5,6,10,12,13,15 | |
| 6,397,015 | | | | 1,2,17,19 | 1,2,17,19 |
| 6,487,383 | | 5,6 | | | |
| 6,496,662 | | | 1,3,5,7 | | |
| 6,678,489 | | 5-6 | 5-6 | | |

| Patents-in-Suit | IJSS Toner Cartridges | | | | |
|---|---|---|---|---|---|
| | E120 | E23x/E24x/E33x/E34x | E25x/E35x/E45x | E320/E322 | E220 and E321/E323 |
| 6,816,692 | 1-3,5,7,8,10,13 | | | | |
| 6,871,031 | | 1,3,5,8,10 | 1,3,5,8,10 | | |
| 6,879,792 | | 1-11 | 1-11 | | |
| 7,139,510 | | | 1,6 | | |
| 7,233,760 | | | 1-10 | | |
| 7,305,204 | | 1,7,14,15 | 1,7 | | |

5.      Except as permitted in Paragraphs 6, this Court permanently enjoins IJSS as well as those persons or companies in active concert or participation with any of the foregoing who receive actual notice of the order by personal service or otherwise from making, using, selling, offering for sale or importing into the United States Accused Cartridges that infringe any of the above-identified patent claims or are not colorably different from the Accused Cartridges.

6.      Nothing herein limits or shall be construed to limit in any way IJSS's activities with respect to toner cartridges in which Lexmark's patent rights have been exhausted.  Further, nothing herein limits or shall be construed to limit in any way IJSS's activities with respect to any Lexmark Patents that have expired, lapsed, are no longer enforceable, or have found to be invalid by a court of competent jurisdiction.  Finally, nothing herein limits or shall be construed to limit in any way IJSS's activities outside the United States.

7.      IJSS consents to personal jurisdiction by this Court, consents to venue in this District, and waives services of process for this action.  Should this Court for any reason fail or decline to enter this Stipulated Permanent Injunction, the

foregoing consents to jurisdiction and venue, and waiver of service of process, shall be null and void *ab initio*.

8.      This Court retains jurisdiction over Lexmark and IJSS to the extent necessary to enforce the terms of this Stipulated Permanent Injunction, Consent Judgment, and Dismissal With Prejudice.

9.      This Stipulated Permanent Injunction, Consent Judgment, and Dismissal With Prejudice shall be binding upon and shall inure to the benefit of Lexmark and IJSS as well as each of their respective subsidiaries, corporate parents, affiliates, and/or successors and assigns.

10.     All claims between Lexmark and IJSS are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: <u>April 12, 2011</u>     By:   <u>*s/Michael R. Barrett*               </u>
                        United States District Court Judge

HAVE SEEN AND AGREED TO ON APRIL 11, 2011,
TO BE ENTERED:


s/ Steven B. Loy
P. Douglas Barr (Ohio Bar No. 20868)
Steven B. Loy
Anthony J. Phelps
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
Telephone: (859) 231-3000
Facsimile: (859) 253-1093


William J. Hunter, Jr.
STOLL KEENON OGDEN PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
Telephone:  (502) 333-6000
Facsimile:  (502) 333-6099

Timothy C. Meece
V. Bryan Medlock
Matthew P. Becker
Jason S. Shull
Neil C. Trueman
BANNER & WITCOFF LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001
*Attorneys for Plaintiff, Lexmark International,
Inc.*


/s/Jon E. Hokanson (with permission by SBL)
Jon E. Hokanson
Lewis Bribois Bisgaard & Smith LLP
221 N. Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

*Attorney for Defendant IJSS Inc. (d/b/a TonerZone.com Inc. and Inkjet Superstore)
(hereinafter "IJSS")*