# EXHIBIT 2



# I N V O I C E

## Blue Trading LLC
**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com

PAID 05/05/2010

| **Date** | 4/28/2010 |
|---|---|
| **Invoice #** | 3539 |
| **Estimate #** | |
| **PO #** | |
| **Due Date** | 4/28/2010 |
| **Ship Via** | Fedex Ground |

**Sold To**
Cartridge World North Canton
John Vega
4901 Portage St. N.W.
North Canton, Ohio 44720

**Ship To**
Cartridge World North Canton
John Vega
4901 Portage St. N.W.
North Canton, OH 44720

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| VL-LEX-64015SA | LEXMARK T640 / IBM 1532 / DELL 5210 (V) | 15 | 22.00 | 330.00 |
| S&H | FedEx Package 1 Tracking #: 676970010040976 | 1 | 36.64 | 36.64 |
| | FedEx Package 2 Tracking #: 676970010040983 | | | |
| | Shipping Charges: $36.64 | | | |
| | | | 0.00 | 0.00 |

**Payment Terms**

| **Sub Total** | $366.64 |
|---|---|
| **Payments/Credits** | $-366.64 |
| **Balance Due** | $0.00 |

**THANK YOU FOR YOUR ORDER!**
**Please remit payment to:**
**Blue Trading LLC,  9272 NW 101st Street, Miami, FL 33178**
**We also accept the following froms payment:**

   



# I N V O I C E



**Blue Trading LLC**

**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com

| **Date** | 6/13/2011 |
|---|---|
| **Invoice #** | 4725 |
| **Estimate #** | |
| **PO #** | |
| **Due Date** | 6/13/2011 |
| **Ship Via** | |

**Sold To**
Cartridge World North Canton
John Vega
4901 Portage St. N.W.
North Canton, Ohio 44720

**Ship To**
Cartridge World North Canton
John Vega
4901 Portage St. N.W.
North Canton, OH 44720

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| VL-LEX-64015SA | LEXMARK T640 / IBM 1532 / DELL 5210 (V) | 15 | 12.00 | 180.00T |
| S&H | FedEx Package 1 Tracking #: 676970015011179 | 1 | 40.21 | 40.21 |
| | FedEx Package 2 Tracking #: 676970015011186 | | | |
| | FedEx Package 3 Tracking #: 676970015011193 | | | |
| | FedEx Package 4 Tracking #: 676970015011209 | | | |
| | Shipping Charges: $40.21 | | | |
| | | | 0.00 | 0.00 |

**Payment Terms**
Prepaid

| **Sub Total** | $220.21 |
|---|---|
| **Payments/Credits** | $-220.21 |
| **Balance Due** | $0.00 |

**THANK YOU FOR YOUR ORDER!**
**Please remit payment to:**
**Blue Trading LLC, 9272 NW 101st Street, Miami, FL 33178**
**We also accept the following froms payment:**

   




# I N V O I C E

**Blue Trading LLC**

**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com

| **Date** | 7/20/2011 |
|---|---|
| **Invoice #** | 4804 |
| **Estimate #** | |
| **PO #** | |
| **Due Date** | 7/20/2011 |
| **Ship Via** | |

**Sold To**
Cartridge World North Canton
John Vega
4901 Portage St. N.W.
North Canton, Ohio 44720

**Ship To**
Cartridge World North Canton
John Vega
4901 Portage St. N.W.
North Canton, OH 44720

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| VI-CA-BC02 | CANON BC-02 (V) | 25 | 2.50 | 62.50 |
| VI-HP-C1823D B | HP 23 (V) | 20 | 1.50 | 30.00 |
| VL-LEX-12A7460 | LEXMARK T630 / IBM 1332 / DELL 5200 (V) | 10 | 11.00 | 110.00 |
| VL-LEX-64015SA | LEXMARK T640 / IBM 1532 / DELL 5210 (V) | 10 | 11.00 | 110.00 |
| S&H | FedEx Tracking numbers:<br>6769700150126 26<br>6769700150126 33<br>6769700150126 40<br>6769700150126 57<br>6769700150126 64<br>6769700150126 71 | 1 | 57.55 | 57.55 |
| | | | 0.00 | 0.00 |

| **Payment Terms** | | **Sub Total** | $370.05 |
|---|---|---|---|
| Prepaid | | **Payments/Credits** | $-370.05 |
| | | **Balance Due** | $0.00 |

**THANK YOU FOR YOUR ORDER!**
Please remit payment to:
Blue Trading LLC, 9272 NW 101st Street, Miami, FL 33178
We also accept the following froms payment:

   



# I N V O I C E

**Blue Trading LLC**

**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com



PAID 11/08/2011

| | |
|---|---|
| **Date** | 11/8/2011 |
| **Invoice #** | 5155 |
| **Estimate #** | 991 |
| **PO #** | |
| **Due Date** | 11/8/2011 |
| **Ship Via** | |

**Sold To**
Cartridge World North Canton
John Vega
4901 Portage St. N.W.
North Canton, Ohio 44720

**Ship To**
Cartridge World North Canton
John Vega
4901 Portage St. N.W.
North Canton, OH 44720

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---:|---:|---:|
| VL-LEX-12A7460 | LEXMARK T630 / IBM 1332 / DELL 5200 (V) | 10 | 10.00 | 100.00 |
| VL-HP-Q6511A | HP 11A / 2420 / CANON 310/710 (V) | 15 | 7.50 | 112.50 |
| VL-HP-CE255X | HP 55X (V) | 5 | 25.00 | 125.00 |
| S&H | FedEx Package 1 Tracking #: 676970015016549 | 1 | 63.81 | 63.81 |
| | FedEx Package 2 Tracking #: 676970015016556 | | | |
| | FedEx Package 3 Tracking #: 676970015016563 | | | |
| | FedEx Package 4 Tracking #: 676970015016570 | | | |
| | FedEx Package 5 Tracking #: 676970015016587 | | | |
| | Shipping Charges: $63.81 | | | |

| **Payment Terms** | | **Sub Total** | $401.31 |
|---|---|---|---:|
| Prepaid | | **Payments/Credits** | $-401.31 |
| | | **Balance Due** | $0.00 |

**THANK YOU FOR YOUR ORDER!**
Please remit payment to:
Blue Trading LLC, 9272 NW 101st Street, Miami, FL 33178
We also accept the following froms payment:

   

# INVOICE

**6083**

BLUE TRADING
YOUR SOURCE FOR EMPTIES!

9272 NW 101st. St.
Miami FL  33178
USA

**Invoice Date:** 02/02/2012
**Due Date:** 02/02/2012
**Page No.:** 1 of 1

| BILL TO | SHIP TO | TOTAL DUE |
|---|---|---|
| **Cartridge World North Canton**<br>4901 Portage St. N.W.<br>North Canton OH 44720<br>USA | **Ship to**<br>4901 Portage St. N.W.<br>North Canton OH 44720<br>USA | by 02/02/2012 |

Seller : ALEXANDER SEIFERT         Terms:   Prepaid
Buyer :  Sonia                                         PO # :    phone order

| Item Description | Quantity | Price | Price Extended |
|---|---|---|---|
| LEXMARK 64015SA / T640 / IBM 1532 (V) | 10 | $ 14.00 | $ 140.00 |
| CANON 104 / FX9 / FX10 (V) | 10 | $ 4.50 | $ 45.00 |
| BROTHER TN-620 / 650 (V) | 6 | $ 7.00 | $ 42.00 |
| TOTAL QTY. | 26 | SUBTOTAL | $ 227.00 |

Ship Via:    Fedex Ground

| | |
|---|---|
| Freight | $ 43.08 |
| **TOTAL** | **$ 270.08** |
| Paid/Credit | $ 270.08 |
| **BALANCE** | |

# BLUETRADING
*YOUR SOURCE FOR EMPTIES!*

9272 NW 101st. St.
Miami FL  33178
USA

# INVOICE
## 6597

**Invoice Date:** 07/20/2012
**Due Date:** 07/20/2012
**Page No.:** 1 of 1

| BILL TO | SHIP TO | TOTAL DUE |
|---|---|---|
| **CW North Canton**<br>4901 Portage St. N.W.<br>North Canton OH  44720<br>USA | **CW North Canton**<br>4901 Portage St. N.W.<br>North Canton OH  44720<br>USA | by 07/20/2012 |

Seller : ALEXANDER SEIFERT  Terms: Prepaid
Buyer : Sonia  PO # :

| Item Description | Quantity | Price | Price Extended |
|---|---|---|---|
| CANON 128 (V) | 3 | $ 8.00 | $ 24.00 |
| BROTHER TN-420 / 450 / TN-2220 / 2225 (all types) | 4 | $ 10.00 | $ 40.00 |
| BROTHER DR-420 /  DR-2220 / 2225 (V) | 1 | $ 14.00 | $ 14.00 |
| LEXMARK 64015SA / T640 / IBM 1532 (V) | 4 | $ 14.00 | $ 56.00 |
| HP 61 C -    CH562W (V) | 10 | $ 5.50 | $ 55.00 |
| LEXMARK 32 - 18C0032 (V) | 10 | $ 1.75 | $ 17.50 |
| DELL MK990/992 / 9 Series (V) | 10 | $ 0.50 | $ 5.00 |
| TOTAL QTY. | 42 | SUBTOTAL | $ 211.50 |

Ship Via:  UPS Ground

Pro / Seal #: 1Z32W8400342385298
1Z32W8400341496081

| | |
|---|---|
| Freight | $ 25.24 |
| TOTAL | **$ 236.74** |
| Paid/Credit | $ 236.74 |
| **BALANCE** | |

# **INVOICE**
## 6693

**BLUE TRADING**
YOUR SOURCE FOR EMPTIES!

9272 NW 101st. St.
Miami FL  33178
USA

**Invoice Date:** 08/24/2012
**Due Date:** 08/24/2012
**Page No.:** 1 of 1

| BILL TO | SHIP TO | TOTAL DUE |
|---|---|---|
| **CW North Canton**<br>4901 Portage St. N.W.<br>North Canton OH  44720<br>USA | **CW North Canton**<br>4901 Portage St. N.W.<br>North Canton OH  44720<br>USA | by 08/24/2012 |

Seller : ALEXANDER SEIFERT
Buyer : Sonia

Terms: Prepaid
PO # :

| Item Description | Quantity | Price | Price Extended |
|---|---|---|---|
| DELL MK990/992 / 9 Series (V) | 20 | $ 0.50 | $ 10.00 |
| DELL MK991/993 / 9 Series -C (V) | 10 | $ 0.50 | $ 5.00 |
| DELL JF333 / 6 Series -C (V) | 10 | $ 1.00 | $ 10.00 |
| LEXMARK 64015SA / T640 / IBM 1532 (V) | 7 | $ 14.00 | $ 98.00 |
| TOTAL QTY. | 47 | SUBTOTAL | $ 123.00 |

Ship Via: UPS Ground

Pro / Seal #: 1Z32W8400342967534

| | |
|---|---|
| Freight | $ 28.94 |
| TOTAL | **$ 151.94** |
| Paid/Credit | $ 151.94 |
| **BALANCE** | |

Phone:  305-671-3697     Fax: 305-671-3521     E-Mail: aseifert@bluetradingus.com     Website: www.bluetradingus.com