# EXHIBIT 3





# **I N V O I C E**

## **Blue Trading LLC**

**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com

| **Date** | 1/28/2008 |
|---|---|
| **Invoice #** | 953 |
| **Estimate #** | |
| **PO #** | phone order |
| **Due Date** | 1/28/2008 |
| **Ship Via** | Fedex Ground |

**Sold To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

**Ship To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| VL-LEX-12A8400 | LEXMARK 12A8400 -E230 / 330 / 340 / DELL 1700 (V) | 16 | 8.00 | 128.00 |
| VL-SAM-ML2010 | SAMSUNG ML2010 D3 (V) | 2 | 8.00 | 16.00 |
| VI-HP-C8767W | HP 96 - C8767W -K (V) | 12 | 1.50 | 18.00 |
| VI-HP-C6578D Y | HP 78 - C6578A -CLR (V) | 6 | 2.75 | 16.50 |
| VI-BRO-LC51 B | BROTHER DCP130/MFC-240/2480 -K (V) | 2 | 1.00 | 2.00 |
| VI-BRO-LC51 B | BROTHER DCP130/MFC-240/2480 -C (V) | 2 | 1.00 | 2.00 |
| VI-BRO-LC51 B | BROTHER DCP130/MFC-240/2480 -M (V) | 2 | 1.00 | 2.00 |
| VI-BRO-LC51 B | BROTHER DCP130/MFC-240/2480 -Y (V) | 2 | 1.00 | 2.00 |
| S&H | Box 1 (24x12x12 @30lbs)FedEx tracking number: 676970010007221 | 1 | 16.31 | 16.31 |
| S&H | Box 2 (12x12x12 @8lbs)FedEx tracking number: 676970010007214 | 1 | 8.00 | 8.00 |

| **Payment Terms** | | **Sub Total** | $210.81 |
|---|---|---|---|
| Credit Card | | **Payments/Credits** | $-210.81 |
| | | **Balance Due** | $0.00 |

**THANK YOU FOR YOUR ORDER!**
Please remit payment to:
Blue Trading LLC,  9272 NW 101st Street, Miami, FL 33178
We also accept the following froms payment:







# **I N V O I C E**

## **Blue Trading LLC**

**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com

| | |
|---|---|
| **Date** | 3/21/2008 |
| **Invoice #** | 1096 |
| **Estimate #** | |
| **PO #** | |
| **Due Date** | 3/21/2008 |
| **Ship Via** | Fedex Ground |

**Sold To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

**Ship To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| VL-LEX-E250A21A | LEXMARK E250/350/450/IBM 1622/DELL 1720 (V) | 1 | 14.00 | 14.00 |
| VL-LEX-13T0101 | LEXMARK 13T0101 - E310 / E312 (V) | 3 | 4.00 | 12.00 |
| VL-LEX-12A8400 | LEXMARK 12A8400 -E230 / 330 / 340 / DELL 1700 (V) | 4 | 8.00 | 32.00 |
| VI-HP-C6578D Y | HP 78 - C6578D -CLR (V) | 20 | 1.00 | 20.00 |
| S&H | FedEx tracking number: 676970010009119  Shipping charge: 8.70 | 1 | 8.70 | 8.70 |
| S&H | FedEx tracking number: 676970010009126  Shipping charge: 7.14 | 1 | 7.14 | 7.14 |

| **Payment Terms** | | **Sub Total** | $93.84 |
|---|---|---|---|
| Credit Card | | **Payments/Credits** | $-93.84 |
| | | **Balance Due** | $0.00 |

**THANK YOU FOR YOUR ORDER!**
Please remit payment to:
**Blue Trading LLC,  9272 NW 101st Street, Miami, FL 33178**
We also accept the following froms payment:





# I N V O I C E



## Blue Trading LLC

**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com

| | |
|---|---|
| **Date** | 4/22/2008 |
| **Invoice #** | 1152 |
| **Estimate #** | |
| **PO #** | phone order |
| **Due Date** | 4/22/2008 |
| **Ship Via** | Fedex Ground |

**Sold To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

**Ship To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| VI-HP-C9396AN | HP 88 XL - C9396AN -K (V) | 1 | 1.50 | 1.50 |
| VI-HP-C9385A | HP 88 - C9386A -C (V) | 2 | 1.00 | 2.00 |
| VI-HP-C9385A | HP 88 - C9387A -M (V) | 2 | 1.00 | 2.00 |
| VI-HP-C9385A | HP 88 - C9388A -Y (V) | 2 | 1.00 | 2.00 |
| VI-HP-C6614A/D | HP 20 - C6614A -K (V) | 4 | 2.75 | 11.00 |
| VL-HP-Q6000A | HP Q6000A - 2600 -K (V) | 2 | 6.00 | 12.00 |
| VL-HP-Q6001A | HP Q6001A - 2600 -C (V) | 2 | 7.00 | 14.00 |
| VL-HP-Q6002A | HP Q6002A - 2600 -Y (V) | 2 | 7.00 | 14.00 |
| VL-HP-Q6003A | HP Q6003A - 2600 -M (V) | 2 | 7.00 | 14.00 |
| VL-LEX-12A8302 | LEXMARK 12A8302 - E330 / DELL 1700 -DRUM (V) | 1 | 8.00 | 8.00 |
| S&H | FedEx tracking number: 676970010009898 Shipping charge: 8.19 | 1 | 8.19 | 8.19 |
| S&H | FedEx tracking number: 676970010009935 Shipping charge: 5.41 | 1 | 0.00 | 0.00 |

| **Payment Terms** | |
|---|---|
| Credit Card | |

| | |
|---|---|
| **Sub Total** | $88.69 |
| **Payments/Credits** | $-88.69 |
| **Balance Due** | $0.00 |

**THANK YOU FOR YOUR ORDER!**
Please remit payment to:
Blue Trading LLC, 9272 NW 101st Street, Miami, FL 33178
We also accept the following froms payment:






# I N V O I C E

**Blue Trading LLC**

**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com

| **Date** | 8/1/2008 |
|---|---|
| **Invoice #** | 1426 |
| **Estimate #** | |
| **PO #** | |
| **Due Date** | 8/1/2008 |
| **Ship Via** | Fedex Ground |

**Sold To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

**Ship To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| VI-HP-C6656AN | HP 56 - C6656A -K (V) | 40 | 1.50 | 60.00 |
| VL-LEX-12A8400 | LEXMARK 12A8400 -E230 / 330 / 340 / DELL 1700 (V) | 15 | 7.50 | 112.50 |
| S&H | FedEx tracking number: 676970010013352<br>Shipping charge: 13.92 | 1 | 13.92 | 13.92 |

**Payment Terms**
Credit Card

| **Sub Total** | $186.42 |
|---|---|
| **Payments/Credits** | $-186.42 |
| **Balance Due** | $0.00 |

**THANK YOU FOR YOUR ORDER!**
**Please remit payment to:**
**Blue Trading LLC, 9272 NW 101st Street, Miami, FL 33178**
**We also accept the following froms payment:**





# I N V O I C E



## Blue Trading LLC

**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com

| | |
|---|---|
| **Date** | 11/21/2008 |
| **Invoice #** | 1783 |
| **Estimate #** | |
| **PO #** | PHONE ORDER |
| **Due Date** | 11/21/2008 |
| **Ship Via** | Fedex Ground |

**Sold To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

**Ship To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| VL-LEX-12A8302 | LEXMARK 12A8302 - E330 / DELL 1700 -DRUM (V) | 2 | 6.50 | 13.00 |
| VL-LEX-12A7460 | LEXMARK 12A7462 - OPTRA T630 / IBM 1332 (V) | 3 | 14.00 | 42.00 |
| VI-HP-C8721W | HP 02 - C8721W -K (V) | 2 | 0.25 | 0.50 |
| VI-HP-C8721W | HP 02 - C8771W -C (V) | 2 | 0.25 | 0.50 |
| VI-HP-C8721W | HP 02 - C8772WN -M (V) | 2 | 0.25 | 0.50 |
| VI-HP-C8721W | HP 02 - C8773WN -Y (V) | 2 | 0.25 | 0.50 |
| VI-HP-C8721W | HP 02 - C8774WN -LT. C (V) | 2 | 0.25 | 0.50 |
| VI-HP-C8721W | HP 02 - C8775WN -LT. M (V) | 2 | 0.25 | 0.50 |
| S&H | FedEx tracking number: 676970010017442 Shipping charge: 7.53 | 1 | 7.53 | 7.53 |
| S&H | FedEx tracking number: 676970010017459 Shipping charge: 5.83 | 1 | 5.83 | 5.83 |

**Payment Terms**
Credit Card

| | |
|---|---|
| **Sub Total** | $71.36 |
| **Payments/Credits** | $-71.36 |
| **Balance Due** | $0.00 |

**THANK YOU FOR YOUR ORDER!**
Please remit payment to:
**Blue Trading LLC, 9272 NW 101st Street, Miami, FL 33178**
We also accept the following froms payment:

   





# I N V O I C E

## Blue Trading LLC

**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com

| Date | 12/3/2010 |
|---|---|
| Invoice # | 4265 |
| Estimate # | |
| PO # | |
| Due Date | 12/3/2010 |
| Ship Via | Fedex Ground |

**Sold To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

**Ship To**
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| VL-LEX-E250X22G | LEXMARK E250 / DELL1720 DRUM UNIT (V) | 2 | 6.00 | 12.00 |
| VL-BRO-TN620 | BROTHER TN620/TN650 (V) | 2 | 8.50 | 17.00 |
| VL-HP-Q5949A | HP 49A / 1320 (V) | 2 | 4.00 | 8.00 |
| VL-HP-CB540A | HP CB540A / CP1215 K (V) | 1 | 12.50 | 12.50 |
| VL-HP-CB541A | HP CB541A / CP1215 C (V) | 1 | 12.50 | 12.50 |
| VL-HP-CB542A | HP CB542A / CP1215 Y (V) | 1 | 12.50 | 12.50 |
| VL-HP-CB543A | HP CB543A / CP1215 M (V) | 1 | 12.50 | 12.50 |
| S&H | FedEx Package 1 Tracking #: 676970015004782 Shipping Charges: $11.81 Exclusion of Warranties: All goods sold by Seller are sold AS IS and without any warranties, expressed or implied. Any and all implied warranties of merchantability or fitness for any particular purpose are herby expressly excluded by the seller. The seller neither assumes, nor does it authorize any other person or party to assume on its behalf, any other liability in connection with the sale of the goods. Limitation of Liability: In no case, whether as a result of breach of contract, breach of warranty or tort (including seller's negligence or strict liability) shall the seller be liable for any consequential or incidental damages incurred by the buyer, including, but not limited to, loss of | 1 | 11.81 | 11.81 |

| Payment Terms | |
|---|---|
| | Credit Card |

| Sub Total | |
|---|---|
| Payments/Credits | |
| Balance Due | |

**THANK YOU FOR YOUR ORDER!**
Please remit payment to:
Blue Trading LLC, 9272 NW 101st Street, Miami, FL 33178
We also accept the following froms payment:

   




# I N V O I C E

**Blue Trading LLC**

**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com

| Date | 12/3/2010 |
|---|---|
| Invoice # | 4265 |
| Estimate # | |
| PO # | |
| Due Date | 12/3/2010 |
| Ship Via | Fedex Ground |

**Sold To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

**Ship To**
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| | sales, profit, revenue or good will, loss of use of goods or any associated equipment or material cost of capital cost of substitutive products, facilities or services downtime cost attorneys fees or losses or claims of customers of buyers for such damages. Buyer herby agrees to indemnify and hold seller harmless from and all such damages.<br><br>Applicable Law:<br>The relationship between Buyer and Seller, all matters relating to the interpretation and effort of a contact resulting from any one or more quotations, purchase orders or sales shall be governed by laws of the Florida, United States of America, excluding any choice of law provisions which would require application of the laws of a different jurisdiction.<br><br>Returns.<br>1.1 Any return or claim must be made within 30 days of receiving the product from Blue Trading LLC. All claims made after 30 days will be denied.<br>1.2 All defective/damaged product(s) may be required to be returned to BLUE TRADING LLC. All product returned must be properly packaged and clearly labeled with Blue Trading's return authorization number. | | | |

| Payment Terms | | Sub Total | |
|---|---|---|---|
| Credit Card | | Payments/Credits | |
| | | Balance Due | |

**THANK YOU FOR YOUR ORDER!**
Please remit payment to:
Blue Trading LLC, 9272 NW 101st Street, Miami, FL 33178
We also accept the following froms payment:



   



# I N V O I C E



**Blue Trading LLC**

**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com

| **Date** | 12/3/2010 |
|---|---|
| **Invoice #** | 4265 |
| **Estimate #** | |
| **PO #** | |
| **Due Date** | 12/3/2010 |
| **Ship Via** | Fedex Ground |

**Sold To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

**Ship To**
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| | Only cartridges returned, that meet our inspection process will be credited or replaced. | | | |

| **Payment Terms** |
|---|
| Credit Card |

| **Sub Total** | $98.81 |
|---|---|
| **Payments/Credits** | $-98.81 |
| **Balance Due** | $0.00 |

**THANK YOU FOR YOUR ORDER!**
**Please remit payment to:**
**Blue Trading LLC, 9272 NW 101st Street, Miami, FL 33178**
**We also accept the following froms payment:**

   




# **I N V O I C E**

## **Blue Trading LLC**

**9272 NW 101st Street**
**Miami, FL 33178**

P (305) 671-3697
F (305) 671-3521
aseifert@bluetradingus.com

| **Date** | 1/5/2011 |
|---|---|
| **Invoice #** | 4323 |
| **Estimate #** | |
| **PO #** | |
| **Due Date** | 1/5/2011 |
| **Ship Via** | Fedex Ground |

**Sold To**
Cartridge World Mansfield
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

**Ship To**
Mike Detrow
327 N. Lexington-Springmill Road
Mansfield, OH 44906

| Part Nr | Item Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| | NOTE: REPLACEMENTS FOR PREVIOUS ORDER | | | |

**Payment Terms**
Credit Card

| | |
|---|---|
| **Sub Total** | $0.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $0.00 |

**THANK YOU FOR YOUR ORDER!**
Please remit payment to:
**Blue Trading LLC, 9272 NW 101st Street, Miami, FL 33178**
We also accept the following froms payment:

   

# BLUE TRADING
### YOUR SOURCE FOR EMPTIES!

9272 NW 101st. St.
Miami FL  33178
USA

# INVOICE
## 6523

**Invoice Date:** 06/13/2012
**Due Date:** 06/13/2012
**Page No.:** 1 of 1

| **BILL TO** | **SHIP TO** | **TOTAL DUE** |
|---|---|---|
| **CW Mansfield**<br>327 N. Lexington-Springmill Road<br>Mansfield OH  44906<br>USA | **Ship to**<br>327 N. Lexington-Springmill Road<br>Mansfield OH  44906<br>USA | by 06/13/2012 |

Seller : ALEXANDER SEIFERT        Terms:  Prepaid
Buyer : Mike Detrow               PO # :
                                  Payment Method:  Credit Card

| Item Description | Quantity | Price | Price Extended |
|---|---|---|---|
| SAMSUNG ML-3050 / MLT-208L / 3470 / PHASER 3428 (V) | 2 | $ 6.50 | $ 13.00 |
| LEXMARK T650 / DELL 5530 / 5535 (V) | 1 | $ 17.00 | $ 17.00 |
| HP CE285A / PRO 1100 (V) | 1 | $ 11.00 | $ 11.00 |
| TOTAL QTY. | 4 | SUBTOTAL | $ 41.00 |

Ship Via: Fedex Ground

Pro / Seal #: 676970015024148

|  |  |
|---|---|
| Freight | $ 9.90 |
| TOTAL | **$ 50.90** |
| Paid/Credit | $ 50.90 |
| **BALANCE** |  |