UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lexmark International, Inc.,

    Plaintiff,

v.                                  Case No.   1:10cv564

Ink Technologies Printer Supplies,
LLC, *et al.*,                            Judge Michael R. Barrett

    Defendants.

## CIVIL MINUTES
**Motion hearing
before the**
**HONORABLE MICHAEL R. BARRETT, U.S. DISTRICT JUDGE**
**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Lindsay Potrafke
**COURT REPORTER:** Maryann Maffia, Official
**DATE:** June 17, 2013     Time: **Commenced** 9:38 **Concluded** 5:24 **Total** 2:16

Attorney for Plaintiff(s): Jason Schwal, Tim Meece, V. Bryan Medlock, Audra Eidem-Heinze, Steven Loy, Tim Haugh (IT)

Attorney for Defendant(s): John Hokanson, Thomas Kidde, David Kern, Ilan Douek (Rep)

### PROCEDURES

✓   Counsel Present
✓   Matter(s) heard on  Motion for Contempt (Doc. 126)
_____   Court's decision to follow.
_____   Court ordered in open court that:

IT Witness
    Andrew Gardner

Remarks: Parties to provide Court w/ entry.