**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| **LEXMARK INTERNATIONAL, INC.** | Case No. 1:10-CV-564-MRB |
| Plaintiff, | JUDGE MICHAEL BARRETT |
| v. | NOTICE OF APPEAL |
| **INK TECHNOLOGIES PRINTER SUPPLIES, LLC, ET AL.** | |
| Defendants. | |

Notice is hereby given that Defendant Impression Products, Inc. ("Impression") hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's Stipulated Final Judgment dated and entered in this action on June 24, 2014 [Dkt. 670] a copy of which is attached hereto as Exhibit A.

Dated: June 26, 2014                    Respectfully submitted,

*/s/ Edward F. O'Connor*
Edward F. O'Connor
*ADMITTED PRO HAC VICE*
THE ECLIPSE GROUP LLP
2020 Main Street, Suite 600
Irvine, California 92614
Phone: (619) 239-4340
Fax: (619) 239-0116
Email: efo@eclipsegrp.com

1

and

Crystal l. Maluchnik (0077875)
George h. Carr (0069372)
JANIK L.L.P.
3200 South Hill Blvd., Suite 300
Cleveland, Ohio 44147
440.838.7600
Fax: 440.838.7601
crystal.maluchnik@janiklaw.com
george.carr@janiklaw.com

*Attorneys for Defendant
Impressions Product, Inc.*

## CERTIFICATE OF SERVICE

      This is to confirm that a copy of the foregoing was electronically filed on June 26, 2014. A true and accurate copy of the foregoing will be served electronically to designated CM/ECF participant counsel through the Court's electronic filing system.

      /s/ Edward F. O'Connor  
      *Attorney for Impression Products, Inc.*