# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

LEXMARK INTERNATIONAL, INC.

    Plaintiff,

       v.

INK TECHNOLOGIES PRINTER SUPPLIES, LLC, ET AL.

    Defendants.

Civil Action No.
1:10-CV-564-MRB

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Lexmark International, Inc. in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Stipulated Final Judgment entered in this action on June 24, 2014, (ECF No. 670) with respect to the Opinion and Order of March 27, 2014, on Defendant Impression Products, Inc.'s Second Motion to Dismiss (ECF No. 615), and from all prior orders, judgments, and rulings entered in this action.

Respectfully submitted,

Dated:  June 27, 2014

/s/Audra C. Eidem Heinze
P. Douglas Barr (Ohio Bar No. 20868)
Steven B. Loy
Anthony J. Phelps
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
Telephone: (859) 231-3000
Facsimile: (859) 253-1093

William J. Hunter, Jr.
STOLL KEENON OGDEN PLLC

1

2000 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
Telephone:  (502) 333-6000
Facsimile:  (502) 333-6099

Timothy C. Meece
V. Bryan Medlock
Jason S. Shull
Audra C. Eidem Heinze
BANNER & WITCOFF LTD.
10 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

*Attorneys for Plaintiff, Lexmark International, Inc.*

## **CERTIFICATE OF SERVICE**

      This is to confirm that a copy of the foregoing was electronically filed on June 27, 2014. A true and accurate copy of the foregoing will be served electronically to designated CM/ECF participant counsel through the Court's electronic filing system.

                                                    s/ Audra C. Eidem Heinze
                                                    Attorney for Lexmark International, Inc.